# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**IVORY LEE ROBINSON,**

    *Petitioner*,

v.                                                        Case No.: 1:25cv223-MW/HTC

**WARDEN OKEECHOBEE**
**CORRECTIONAL INSTITUTION**
**ROBERT BRYNER,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. By prior Order, ECF No. 11, this Court granted Petitioner's *pro se* motion to extend the deadline to file objections and extended that deadline to September 11, 2025. As of the date of this Order, no objections have been filed. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** for lack of jurisdiction

because the petition is an unauthorized successive petition." The Clerk shall close the file.

      **SO ORDERED on September 16, 2025.**

                                               <u>s/Mark E. Walker</u>
                                               **United States District Judge**