IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**IVORY LEE ROBINSON,**

    *Petitioner*,

v.                                                        Case No.: 1:25cv223-MW/HTC

**WARDEN OKEECHOBEE**
**CORRECTIONAL INSTITUTION**
**ROBERT BRYNER,**

    *Respondent*.

_____/

**ORDER VACATING ORDER AND JUDGMENT AND
ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side and directed judgment be entered dismissing Petitioner's habeas petition for lack of jurisdiction. ECF Nos. 13 and 14. On September 22, 2025, however, this Court received a letter from Petitioner suggesting that the order granting his motion for extension of time to file objections was mailed to the wrong address. ECF No. 15. Petitioner also filed untimely objections. ECF No. 16. In an abundance of caution, this Court directs the Clerk is directed to **VACATE** this Court's order, ECF No. 13, and the judgment, ECF No. 14, so that this Court can consider Petitioner's untimely objections.

Having considered Petitioner's objection, ECF No. 16, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 8. Accordingly, the Clerk shall enter judgment stating, "The habeas petition, ECF No. 1, is **DISMISSED for lack of jurisdiction** because the petition is an unauthorized successive petition." The Clerk shall close the file.

**SO ORDERED on September 23, 2025.**

                                           s/Mark E. Walker_____
                                           **United States District Judge**